# United States Bankruptcy Court
### Eastern District of Virginia
Newport News Division
2400 West Avenue, Suite 110
Newport News, VA 23607

**Case Number** 15−50843−SCS
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory Lanard Black
1221 Mallory Street
Hampton, VA 23663

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7158

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

### ORDER EXTENDING TIME UPON DENIAL OF CONFIRMATION

   The above debtor(s) having timely filed a motion to extend the time for filing a new Modified Chapter 13 Plan and Related Motions, pursuant to Local Rule 3015−2(H)(3); it is therefore

**ORDERED**, under authority of Local Rule 3015−2(H)(3)(d), that the time is extended to July 20, 2017, to file a new Modified Chapter 13 Plan and Related Motions.

Date: July 6, 2017

/s/ Stephen C. St. John
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
Date: July 6, 2017

[oextamdpvDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Gregory Lanard Black  
     Debtor

Case No. 15-50843-SCS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-6    User: hinklej    Page 1 of 1    Date Rcvd: Jul 06, 2017  
               Form ID: oextamdp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.  
db         +Gregory Lanard Black,   1221 Mallory Street,   Hampton, VA 23663-1460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:

        Elizabeth L. Gunn    on behalf of Creditor    Commonwealth of Virginia, Dept. of Social Services, Division of Child Support Enforcement elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov  
        Gregory D. Stefan    on behalf of Creditor    Internal Revenue Service greg.stefan@usdoj.gov, usavae.nor.ecf.bank@usdoj.gov;cheryl.root@usdoj.gov  
        Jessica R. Casey    on behalf of Debtor Gregory Lanard Black jessica@caseylegalpc.com, kim@caseylegalpc.com;r54054@notify.bestcase.com  
        Kathryn E. Smits    on behalf of Creditor    Wells Fargo Bank, N.A. ksmits@orlans.com, ecfaccount@orlans.com  
        R. Clinton Stackhouse, Jr.    bcourt@rcsch13.com  
                                                                                                             TOTAL: 5